**Opinion issued April 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00867-CV

———————————

### GLOBAL PARAGON, INC., Appellant

### V.

### GP-PINE TERRACE, LLC, LIOR DE PICCIOTTO, AND JOSEPH ARIE LEVY, Appellees

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-49673**

---

## MEMORANDUM OPINION

Appellant, Global Paragon, Inc., has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.